In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for the Opening of Walton Avenue.

JAMES A. DIMELOW, Respondent.

*Matter of City of New York (Walton Avenue)*, 145 App. Div. 855, affirmed.

(Argued February 13, 1912; decided February 27, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1911, which affirmed an order of Special Term granting a motion by the respondent herein for an order directing the commissioners of estimate and assessment in the above-entitled proceeding to ascertain the compensation due him for damage to his property by reason of the closing of a certain street.

The following question was certified: "Where the general map or plan of streets in the City of New York is filed as provided by law, showing a public street in actual use at the time of the filing of such map as discontinued and closed, and proof shows that no street bounding the block as laid out and shown on the map thus filed and within which the street so discontinued and closed is situated, was physically opened and in public use at the time of the filing of such map and no street bounding such block as laid out and shown on the map thus filed is physically opened for public use, within six years after the filing of such map or plan, is an owner of a parcel of land abutting on the street so shown as closed, whose claim for damages caused by such closing is not filed with the comptroller within six years after the filing of such map or plan, as provided by chapter 1006 of the Laws of 1895, but is filed within six years after the physical opening for public use of the first street bounding the block as shown on the said filed map within which the street so discontinued and closed is situated, entitled to recover the damages sustained by his land by reason of the closing of such street?"

*Archibald R. Watson,* Corporation Counsel (*Joel J. Squier* and *James Regan FitzGerald* of counsel), for appellant.

*Benjamin Trapnell* and *Joseph A. Flannery* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Not voting: CULLEN, Ch. J.